**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| INSTNCT GMBH, |
| Plaintiff, |
| v. |
| DREW BLYTHE BARRYMORE, PAPILLON PRODUCTIONS, INC., MAESA LLC, and BARRYMORE BRANDS HOLDINGS, LLC, |
| Defendants. |

**CASE NO.:  1:26-CV-00376-JMF**

Plaintiff's motion for leave to amend and correct caption is GRANTED on consent from Defendant Maesa LLC. Plaintiff shall file the amended complaint on the docket.

The Clerk of Court is directed to terminate ECF No. 32.

SO ORDERED.

February 25, 2026

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND CORRECT CAPTION

Plaintiff INSTNCT GMBH ("INSTNCT") by and through its undersigned counsel, hereby moves this Honorable Court for Leave to Amend its Complaint and Correct Caption and as grounds therefore states as follows:

1.    INSTNCT filed its Complaint on January 15, 2026, at ECF 1.

2.    On January 27, 2026, INSTNCT filed its First Amended Complaint at ECF 10.

3.    INSTNCT seeks leave to further amend its Complaint by removing defendant MAESA LLC ("Maesa") and add TRE MILANO, LLC dba INSTYLER ("Instyler").

4.    Discussions with counsel for Maesa has brought to light that Maesa is not the correctly named party, but that Instyler should be named instead.

5.    Attached hereto as Exhibit 1 is a copy of the proposed Second Amended Complaint, with the changes highlighted in yellow.

6.    Additionally, INSTNCT seeks to correct the caption of the case to remove MAESA LLC and add defendant Instyler.

**Discussion:**

"Fed. R. Civ. P. 15(a)(2) provides that a court should freely give leave to amend when justice so requires. Fed. R. Civ. P. 15(a)(2). The decision to grant or deny leave to amend under Rule 15(a)(2) is within the trial court's discretion." *Piazza v. CityRow Holdings LLC*, Nos. 23-10015 (JLG), 23-01102 (JLG), 2024 Bankr. LEXIS 1278, at *1 (Bankr. S.D.N.Y. May 31, 2024).

Under Rule 15(a)(2), the "non-movant bears the burden of showing prejudice, bad faith and futility of the amendment." *Grant v. Citibank (S.D.), N.*A., 10-cv-2955, 2010 U.S. Dist. LEXIS 128824, 2010 WL 5187754, at *6 (S.D.N.Y. Dec. 6, 2010).

Discovery has not begun, no answers have been filed, and there is no possible prejudice to an Amendment at this pre-discovery stage in the proceeding. Plaintiff acted in good faith to work with Maesa to determine the proper party and remove Maesa expeditiously.

The amendment adds the related company Instyler, based on evidence establishing the relationship between Barrymore and Instyler with the Flower Beauty brand.  The Amendment is not futile.

Counsel for INSTNCT has conferred with counsel for Maesa, and Maesa does not object to the relief sought herein.  Counsel for INSTNCT has been unable to confer with the remaining defendants, as they have not yet appeared in this action.

WHEREFORE, Plaintiff INSTNCT GMBH prays this Honorable Court for leave to further amend its Complaint, correct the case caption, removing MAESA LLC and adding TRE MILANO, LLC dba INSTYLER and for such other and further relief as to this Court deems just and proper in the premises.

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

Dated: February 24, 2026                    Respectfully submitted,


                                            /s/  Rebecca A. Kornhauser
                                            REBECCA A. KORNHAUSER
                                            Bar Number: 6174387
                                            rebecca.kornhauser@sriplaw.com
                                            JOSEPH A. DUNNE (JD0674)
                                            joseph.dunne@sriplaw.com

                                            **SRIPLAW, P. A.**
                                            41 Madison Avenue
                                            25th Floor
                                            New York, NY 10010
                                            646.517.3534 – Telephone
                                            561.404.4353 – Facsimile

                                            and

                                            JOEL B. ROTHMAN (JR0372)
                                            joel.rothman@sriplaw.com

                                            **SRIPLAW, P. A.**
                                            21301 Powerline Road
                                            Suite 212
                                            Boca Raton, FL 33433
                                            561.404.4335 – Telephone
                                            561.404.4353 – Facsimile

                                            *Counsel for Plaintiff Instnct GmbH*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE