**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INSTNCT GMBH,<br><br>    Plaintiff,<br><br>v.<br><br>DREW BLYTHE BARRYMORE,<br>PAPILLON PRODUCTIONS, INC.,<br>BARRYMORE BRANDS HOLDINGS, LLC<br>and TRE MILANO, LLC dba INSTYLER,<br><br>    Defendants. | **CASE NO.:  1:26-CV-00376-JMF** |

**[proposed] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS AND ADDITIONAL TIME TO SERVE DEFENDANT TRE MILANO, LLC dba INSTYLER**

This matter is before the Court on Plaintiff's *Ex Parte* Application for Alternate Service of Process and Additional Time to Serve the Second Amended Complaint on Defendant TRE MILANO, LLC dba INSTYLER ("Instyler") pursuant to Fed. R. Civ. P. Rule 4(f)(3) (ECF 43) (the "Motion"). For the reasons stated therein, the Motion is **GRANTED**. Plaintiff is permitted to serve the Summons and Amended Complaint on Defendant TRE MILANO, LLC dba INSTYLER through the California Secretary of State, and shall have thirty (30) days from the date of this Order to serve Defendant TRE MILANO, LLC dba INSTYLER.

The Clerk of Court is directed to terminate ECF No. 43.

**DONE AND ORDERED** in New York, New York, this 28th day of April, 2026.

_____
**HONORABLE JESSE M. FURMAN**
**UNITED STATES DISTRICT JUDGE**

1