

**Rebecca A. Kornhauser**
Associate

Direct: 646.517.3534
rebecca.kornhauser@sriplaw.com

June 3, 2026

<u>VIA ECF</u>
Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

RE:     INSTNCT GmbH and TRO GmbH v. Drew Blythe Barrymore, et al.
        Case Number:  1:26-cv-00376-JMF
        Our File Number:  31669

Dear Judge Furman,

Pursuant to your individual rules, the parties write to respectfully request a second continuance of the initial Telephonic Pretrial Conference from June 10, 2026 to August 5, 2026 at 9:00 a.m. to allow additional time for defendant Tre Milano, LLC dba Instyler ("Instyler") to respond to Plaintiff's Third Amended Complaint filed on May 21, 2026 at ECF 50.

Plaintiffs served the Third Amended Complaint on Instyler on May 21, 2026 via electronic and United States mail (ECF 51), thereby setting a deadline of June 11, 2026 for Instyler to respond.

The parties believe that this brief extension of time to allow the opportunity for Instyler to respond will be beneficial for all parties, in that the case management plan will not need to be amended if and when Instyler enters its appearance in this matter. The parties request a continuance until early August, as counsel for Drew Blythe Barrymore, Papillon Productions, Inc., and Barrymore Brands Holdings, LLC will be out of the country until July 24, 2026.

This is the parties' second request for continuance of the Initial Pretrial Conference and this request is not made for delay.

Sincerely,

SRIPLAW

Rebecca A. Kornhauser

Barta|Goldberg
/s/ Robert M. Barta
RAK/JJ