**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**INSTNCT GMBH and TRO GMBH,**

          **Plaintiffs,**

**v.**

**DREW BLYTHE BARRYMORE,**
**PAPILLON PRODUCTIONS, INC.,**
**BARRYMORE BRANDS HOLDINGS,**
**LLC and TRE MILANO, LLC dba**
**INSTYLER,**

          **Defendants.**

        **1:26-cv-00376-JMF**

        **CLERK'S CERTIFICATE**
        **OF DEFAULT**

        I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 15, 2026 with the filing of a summons and complaint, a First Amended Complaint filed on January 27, 2026, Second Amended Complaint filed on February 25, 2026, and a Third Amended Complaint filed on May 21, 2026.  On April 29, 2026, defendant TRE MILANO, LLC dba INSTYLER was served with the Summons and a copy of the Complaint by substitute service, by serving the California Secretary of State, *and proof of service was therefore filed on May 6, 2026 and May 21, 2026, Doc. #s 47 and 51.*  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant TRE MILANO, LLC dba INSTYLER is hereby noted.

**Dated:  New York, New York**

      June 12     **, 2026**

          **TAMMI M. HELLWIG**
           **Clerk of Court**

                K. mango

      **By:**_____

            **Deputy Clerk**