UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
INSTNCT GMBH,                                                           :
                                                                        :
                              Plaintiff,                                :
                                                                        :                    26-CV-376 (JMF)
          -v-                                                           :
                                                                        :                    ORDER
DREW BARRYMORE et al.,                                                  :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On May 21, 2026, Defendant Tre Milano was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 51.  To date, Defendants have failed to appear in this action.  No later than **June 22, 2026,** Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with Defendants or if they have any other reason to believe that Defendants have actual notice of this lawsuit.

        Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

        SO ORDERED.

Dated:  June 15, 2026
        New York, New York                            _____
                                                      JESSE M. FURMAN
                                                      United States District Judge