

**Rebecca A. Kornhauser**
Associate

Direct: 646.517.3534
rebecca.kornhauser@sriplaw.com

June 22, 2026

<u>VIA ECF</u>
Honorable Jesse M. Furman
United States District Court
Southern District of New York
50 Foley Square, Courtroom 1105
New York, NY 10007

RE:    INSTNCT GmbH and TRO GmbH v. Drew Blythe Barrymore, Papillon Productions, Inc.,
        Barrymore Brands Holdings, LLC, and Tre Milano, LLC dba Instyler
        Case Number:  1:26-cv-00376-JMF
        Our File Number:  31669

Dear Judge Furman,

Pursuant to your Order dated June 15, 2026 (ECF 59), Plaintiffs submit this letter regarding whether Plaintiffs have reason to believe that Defendant Tre Milano, LLC dba Instyler ("Tre Milano") has actual notice of the pending lawsuit, or if Plaintiffs have had any contact with Tre Milano.  At this time, Plaintiffs have not had any contact with Tre Milano.

Since the filing of the Second Amended Complaint in this action (wherein Tre Milano was added as a defendant), Plaintiffs have diligently attempted to serve Tre Milano at every single possible address the undersigned's law firm's investigation has revealed, either through personal service or by mail, including email. These attempts were documented in Plaintiffs' *ex parte* Application for Alternate Service of Process filed on April 23, 2026 at ECF 43, which was granted on April 28, 2026 at ECF 44, and the subsequent Certificates of Service filed with the Court on May 21, 2026 (ECF 51) and June 16, 2026 (ECF 59).

Upon receipt of the Order (ECF 59), the undersigned's paralegal performed additional research on Tre Milano, and discovered that Tre Milano is part of a larger group called "Instyler Brands" led by CEO Dan Fugardi, managed by MM&R Products, Inc.

On June 16, 2026, the undersigned's paralegal forwarded the Third Amended Complaint and the Summons directed to Tre Milano, LLC to its process server for service on Mr. Fugardi at MM&R's listed place of business, 2186 Eastman Avenue, Suite 109, Ventura, California, 93003. On June 18, 2026, I learned that this is no longer a current address for MM&R Products, Inc.

Additionally, today, the undersigned's paralegal discovered a case filed in the California Superior Court, *MM&R Products, Inc, v. Tre Milano, LLC*; Case Number 23STCV24015, for breach of contract. Tre Milano defaulted in this matter and default judgment was entered against it on January 31, 2024. Tre Milano appeared in July 2024 and moved to set aside the default judgment, which the Court denied as Tre Milano failed to show sufficient evidence for its default.

June 22, 2026
Page 2

The undersigned has reason to believe that Tre Milano has actual notice of the lawsuit, and it seems to the undersigned that this is a tactic used by Tre Milano.

Service on the California Secretary of State is proper.  Under California law, Corp. Code § 1702, all statutory requirements and diligence have been satisfied.

Sincerely,

SRIPLAW

Rebecca A. Kornhauser
RAK/JJ

**www.sriplaw.com**

Boca Raton  •  Los Angeles  •  Miami  •  Atlanta  •  Indianapolis  •  New York  •  Nashville  •  Cali  •  Medellín

21301 Powerline Road Suite 212, Boca Raton, FL 33433    •    +1.561.404.4350    •    info@sriplaw.com