AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| INSTNCT GMBH and TRO GMBH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00376-JMF |
| DREW BARRYMORE, et al. | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INSTNCT GMBH and TRO GMBH                                                    .

Date:    07/07/2026

*Attorney's signature*

Rachel I. Kaminetzky 6030647
*Printed name and bar number*

41 Madison Avenue
25th Floor
New York, NY 10010

*Address*

rachel.kaminetzky@sriplaw.com
*E-mail address*

(646) 517-3609
*Telephone number*

(561) 404-4353
*FAX number*